IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FLORA A. MONTOYA,

    Plaintiff,

v.

BILLY WILEY, individually;
BILLY WILEY d/b/a BILLY WILEY
TRUCKING, INC.; and BILLY WILEY
TRUCKING, INC.,

    Defendants.

Case: 2:17-cv-00725 NF/KHR

## STIPULATION OF DISMISSAL

COME NOW the parties to the above-styled and numbered cause of action, by and through their attorneys of record, and stipulate and agree, pursuant to Rule 41 (a)(1)(A)(ii), that this cause of action may be dismissed with prejudice.

    Respectfully submitted,

    POTTS & ASSOCIATES

    "Electronically Filed"

BY:   */s/ Amy L. Glasser*
      AMY L. GLASSER, ESQ.
      6001 Indian School Rd. NE #100
      Albuquerque, NM 87110
      (505) 889-5252
      *Attorney for Defendants*

    RUHMANN LAW FIRM
    Approved telephonically 6/5/18

BY:   */s/ John Anderson*
      CHARLES J. RUHMANN, IV, ESQ.
      JOHN ANDERSON, ESQ.
      5915 Silver Springs, Bldg. 1
      El Paso, TX 79912
      (915)845-4529
      *Attorneys for Plaintiff*